UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:19CR531 HEA |
| | ) | |
| TERONE LAMONT JULION, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the Reports and Recommendations of Magistrate Judge John M. Bodenhausen addressing Defendant's Motion to Suppress and Motion for Bill of Particulars, [Doc. No.'s 91 and 147]. In his April 15, 2020 Report and Recommendation, Judge Bodenhausen recommended that the Defendant's Motion to Suppress Evidence be denied.  In the May 19, 2020 Report and Recommendations, Judge Bodenhausen recommended that the Motion for Bill of Particulars be denied. Defendant has not filed written objections to these recommendations.

Judge Bodenhausen thoroughly analyzes the law and facts in this matter  His recommendations are based on sound legal authority and detailed analysis. Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Julion's Motion to Suppress Evidence, [Doc. No. 91] is denied.

**IT IS FURTHER ORDERED** that Defendant Julion's Motion for Bill of Particulars, [Doc. No. 147], is denied.

Dated this 14th   day of July, 2020.

_____

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE